# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 4, 2020

161333 & (6)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

STEVE MARTINKO, MICHAEL
LACKOMAR, WENDY LACKOMAR,
MARK GARMO, and STEVE HUDENKO,
     Plaintiffs-Appellants,

v

    SC: 161333
    COA: 353604
    Ct of Claims: 20-000062-MM

GOVERNOR OF MICHIGAN, DEPARTMENT
OF NATURAL RESOURCES DIRECTOR, and
ATTORNEY GENERAL,
     Defendants-Appellees.

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal prior to decision by the Court of Appeals is treated as an application for leave to appeal the May 26, 2020 order of the Court of Appeals. The application for leave to appeal is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 4, 2020



b0601

Clerk